FILED
2024 Mar-01 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/RSR: Mar. 2024
GJ# 30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. |
| ) | |
| BERMUN DEAMON MCGHEE, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### False Statements to Obtain a Bank Loan
### [18 U.S.C. § 1014]

On or about December 15, 2021, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**BERMUN DEAMON MCGHEE**,

knowingly made a false statement and report for the purpose of influencing the actions of Peoples Bank of Alabama, a financial institution then insured by the FDIC, in connection with an application and loan, in that **BERMUN DEAMON MCGHEE** submitted a Personal Financial Statement in which he falsely claimed, among other things, that he possessed $965,000 "Cash on Hand and in Banks" in various checking accounts and savings accounts.

All in violation of Title 18, United States Code, Section 1014.

1

## NOTICE OF FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 1014 set forth in Count One of this Indictment, the defendant,

**BERMUN DEAMON MCGHEE,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, as a result of such violation, including, but not limited to: a money judgment in the amount of at least $550,000.00.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(a)(2) and Section 981(a)(1)(C).

A TRUE BILL

/s/electronic signature_____
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                    United States Attorney

                                      /s/electronic signature_____
                                    RYAN S. RUMMAGE
                                    Assistant United States Attorney