# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| v. } | **Case No. 2:24-CR-84-MHH-JHE** |
| } | |
| **BERMUN DEAMON MCGHEE,** } | |
| } | |
| Defendant. } | |

## ORDER

The Court grants Mr. McGhee's motion for reconsideration of his request to permit travel to the Philippines to address matters concerning two of his children with the following conditions and restrictions:

Mr. McGhee post a cash bond of $50,000 and post the deed for his property at 506 Tinney Street, Talladega, AL as security for a separate $200,000 appearance bond.  The Court will prepare the paperwork for the appearance bond.  With the assistance of the Clerk's Office and his attorney, Mr. McGhee must complete the paperwork and abide by the standard and special conditions for the appearance bond. By signing the appearance bond, per the terms of the bond, Mr. McGhee will waive any right he may have to oppose extradition should he violate one or more conditions of his bonds.

On June 11, 2025, the day of travel, Mr. McGhee must meet his supervising United States Probation Officer at her office to pick up his passport. When he leaves the United States Probation Office, Mr. McGhee must go directly to the Birmingham-Shuttlesworth International Airport and board his flight to the John F. Kennedy Airport in New York City, NY, and then on to Manila, Philippines. Mr. McGhee must return to the United States no later than July 3, 2025 and must report immediately to his supervising probation officer and surrender his passport.

**DONE** and **ORDERED** this June 10, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE